# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED AUG 02 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By: ____

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Information associated with "kegreen874@gmail.com" that is stored at premises controlled by Google | ) ) ) ) ) )    Case No. 22MJ 121 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Northern    District of    California
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    03/28/22    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable L. Patrick Auld
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___

Date and time issued:    03/14/22; 11:30 AM          _____
                                                                                       *Judge's signature*

City and state:    Greensboro, NC                          Honorable L. Patrick Auld
                                                                                  *Printed name and title*

## Return

| Case No.: 22MJ 121 | Date and time warrant executed: 03/16/2022 @ 8:46am | Copy of warrant ~~and inventory~~ left with: Google |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

On 03/29/2022, at 10:53am, Google notified Special Agent Phillip Spainhour the requested records were available for download. The records were downloaded from Google's secure law enforcement portal on to a Blu-ray disc by SA Spainhour. A copy of the records was provided to the USAO-MDNC.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/29/2022

Special Agent Phillip Spainhour
*Executing officer's signature*

Phillip Spainhour/FBI Special Agent
*Printed name and title*

- Home
- Past requests
- Shared requests
- Account info
- LERS tutorial video
- Support center
- Privacy policy

## Production files

| Download | Size | Date uploaded | Document type | Note |
|---|---|---|---|---|

Files for production aren't available

## General details

**Status**
Received

**Government case ID**
196D-CE-3115452

**Google reference number**
13622960

**Jurisdiction**
Middle District of North Carolina

**Type of request**
Search Warrant

**Nature of investigation**
Fraud

**Non-disclosure**
You have no objection to subscriber notification.

## Shared aliases and owners

Sharing is not enabled.

## Account identifier(s)

kegreen874@gmail.com

## Request dates

**Date submitted**
Mar 16, 2022

**Date signed**
Mar 14, 2022

**Date range requested**
Up to Mar 14, 2022, 11:59 PM TZ: America/New_York

## Legal request

| Download | Size | Date uploaded | Document type | Note |
|---|---|---|---|---|
| Google SW RE gmail ac... | 2.02 MB | Mar 16, 2022 | Legal request | |

Spainhour, Phillip W. (CE) (FBI)

| | |
|---|---|
| **From:** | lers@google.com |
| **Sent:** | Tuesday, March 29, 2022 10:53 AM |
| **To:** | Spainhour, Phillip W. (CE) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - Production For Google Reference Number 13622960 Is Available for Download |

Your production -- Google Reference Number 13622960 -- is now available for download. Please visit LERS and click on the files link to view all available files.

The download links will expire in 14 days. If you are unable to download your production within this window, contact USLawEnforcement@google.com with your Google Reference Number and we will reinstate the files so long as we still maintain a copy of the files.

If you have questions about your production, please contact USLawEnforcement@google.com with your Google Reference Number in the subject line.

Regards,
Google Legal Investigations Support

1

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Google account "kegreen874@gmail.com" that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

1

## ATTACHMENT B

## ITEMS TO BE SEARCHED AND SEIZED

I. **Information to be disclosed by Google LLC (the "Target Provider").**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google LLC ("Google"), regardless of whether such information is located within or outside of the United States, including any emails, records, files, logs, or information that have been deleted but are still available to Google, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government for each account or identifier listed in Attachment A, from January 1, 2017 to the present:

a. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

2

II. **Information to be seized by the government**

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of Title 18, United States Code, Sections 1341 (Mail Fraud), 1343 (Wire Fraud), 1349 (Attempt and Conspiracy), 1956 (Money Laundering), and 1957 (Engaging in Monetary Transaction in Property Derived from Specific Unlawful Activity) involving the SUBJECT ACCOUNT from January 1, 2017 to present, specifically, identified in Attachment A, information pertaining to the following matters:

   a. Evidence of the identities and locations of the individuals with access to the SUBJECT ACCOUNT;

   b. Documents or communications between and among the user of the SUBJECT ACCOUNT and any individual purporting to be "Lesley;"

   c. Documents or communications between and among the user of the SUBJECT ACCOUNT and any individuals referencing the individuals G.M. and J.F. as described in the supporting affidavit;

   d. Documents or communications between and among any individuals referencing money wires or transfers and bank accounts and/or deposits; and

   e. Evidence indicating how and when, and by whom, the SUBJECT ACCOUNT was accessed and used for any of the items authorized for seizure by the warrant, including records and information that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be

3

conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

Google is hereby ordered to disclose the above information to the government within fourteen days of service of this warrant.